ROGER L. GRANDGENETT II, ESQ., Bar # 6323
ETHAN D. THOMAS, ESQ., Bar # 12874
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway, Suite 300
Las Vegas, NV  89169-5937
Telephone:   702.862.8800
Fax No.:     702.862.8811
Email:       rgrandgenett@littler.com
Email:       edthomas@littler.com

Attorneys for Defendant
WAL-MART STORES, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTINA KILLIAN,<br><br>               Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC., a Delaware Corporation,<br><br>               Defendant. | Case No. 2:16-cv-00297-RFB-GWF<br><br>**[PROPOSED] STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

Plaintiff, CHRISTINA KILLIAN and Defendant, WAL-MART STORES, INC., by and through their respective counsel of record, hereby stipulate and respectfully request an order dismissing the entire action with prejudice.

///

///

///

LITTLER MENDELSON, P.C
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702 862 8800

1 | Each party shall bear its own costs and fees for the claims dismissed by this Stipulation and Order.

2 | Dated: October 31, 2016                    Dated: October 31, 2016

3 | Respectfully submitted,                    Respectfully submitted,

_____              _____
CHRISTINA KILLIAN                            ROGER L. GRANDGENETT II, ESQ.
                                             ETHAN D. THOMAS, ESQ.
                                             LITTLER MENDELSON, P.C.
Plaintiff

                                             Attorneys for Defendant
                                             WAL-MART STORES, INC.

Dated: October 31, 2016

Respectfully submitted,

_____
MICHAEL P. BALABAN, ESQ.
LAW OFFICES OF MICHAEL P.
BALABAN

Attorneys for Plaintiff
CHRISTINA KILLIAN

**ORDER**

**IT IS SO ORDERED.**

Dated: _____, 2016.

_____
UNITED STATES DISTRICT COURT JUDGE

Firmwide:143389351.1 080000.1161

2.