ROGER L. GRANDGENETT II, ESQ., Bar # 6323
ETHAN D. THOMAS, ESQ., Bar # 12874
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway, Suite 300
Las Vegas, NV  89169-5937
Telephone:   702.862.8800
Fax No.:       702.862.8811
Email:          rgrandgenett@littler.com
Email:          edthomas@littler.com

Attorneys for Defendant
WAL-MART STORES, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTINA KILLIAN, | Case No. 2:16-cv-00297-RFB-GWF |
| Plaintiff, | |
| vs. | **[PROPOSED] STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| WAL-MART STORES, INC., a Delaware Corporation, | |
| Defendant. | |

Plaintiff, CHRISTINA KILLIAN and Defendant, WAL-MART STORES, INC., by and through their respective counsel of record, hereby stipulate and respectfully request an order dismissing the entire action with prejudice.

///

///

///

LITTLER MENDELSON, P.C
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

1 | Each party shall bear its own costs and fees for the claims dismissed by this Stipulation and Order.

Dated: October 31, 2016

Respectfully submitted,

_____
CHRISTINA KILLIAN

Plaintiff

Dated: October 31, 2016

Respectfully submitted,

_____
ROGER L. GRANDGENETT II, ESQ.
ETHAN D. THOMAS, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
WAL-MART STORES, INC.

Dated: October 31, 2016

Respectfully submitted,

_____
MICHAEL P. BALABAN, ESQ.
LAW OFFICES OF MICHAEL P. BALABAN

Attorneys for Plaintiff
CHRISTINA KILLIAN

**ORDER**

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 9th day of November, 2016.

Firmwide:143389351.1 080000.1161

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.